AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Maria Kiakombua <br> *Plaintiff* <br> v. <br> Kevin McAleenan, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 19-cv-01872 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 06/26/2019

/s/ Deepa Alagesan
*Attorney's signature*

Deepa Alagesan (NY0261)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, New York 10004
*Address*

dalagesan@refugeerights.org
*E-mail address*

(516) 838-7044
*Telephone number*

(929) 999-8119
*FAX number*