UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIA M. KIAKOMBUA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KEVIN K. McALEENAN, *in his official capacities as Acting Secretary of Homeland Security & U.S. Commissioner of Customs & Border Protection*, *et al.*,<br><br>　　　　Defendants. | No. 19-cv-1872 (KBJ) |

## ORDER GRANTING TEMPORARY STAY OF REMOVAL

Plaintiffs Ana and Emma have brought a claim under section 1252(e)(3) of Title 8 of the United States Code, seeking to challenge a document, known as the "Lesson Plan," that the United States Citizenship and Immigration Services' Refugee, Asylum and International Operations Directorate issued on April 30, 2019. (*See* First Am. Compl., ECF No. 6, at ¶ 11, 77, 90.)  Before this Court at present is Plaintiffs' Emergency Motion for an Administrative Stay of Removal (ECF No. 13), in which Plaintiffs maintain that they are at "imminent risk of removal" despite their pending action before this Court, given the government's representation that they can be removed at any time after close of business today, July 19, 2019 (*see id.* at 1–2, 4).

Citing several provisions of section 1252 of Title 8 of the United States Code, Defendants respond that this Court lacks jurisdiction to enter a stay of removal order in this case.  (*See* Defs.' Opp'n to Pls.' Emergency Mot., ECF No. 16, at 1–2.)

Defendants' jurisdictional arguments raise complicated questions of statutory interpretation that will require briefing and evaluation.  Accordingly, and consistent with the practice of other courts in this jurisdiction, *see, e.g.*, *Grace v. Sessions*, No. 18-cv-1853, Order Granting Temporary Stay of Removal, ECF No. 21, it is hereby

**ORDERED** that Defendants, their agents, and any persons acting in concert with them are enjoined from removing Plaintiffs Ana and Emma from the United States pending resolution of this Court's determination of whether it has jurisdiction to enter a stay of removal in this case.

DATE:  July 9, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge