# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARIA M. KIAKOMBUA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1872 (KBJ) |
| | ) | |
| CHAD F. WOLF, Acting Secretary of | ) | |
| Homeland Security, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants appeal to the United States Court of Appeals for

the District of Columbia Circuit from this Court's: Order (ECF No. 83); Memorandum Opinion

(ECF No. 84); Minute Order of November 16, 2020;[1] orders and decisions rendered during,

following, and as part of the hearing of November 17, 2020 (including orders and decisions

encompassed by the Minute Order of November 17, 2020[2] and orders and decisions reflected in

---

[1] This order reads:

> MINUTE ORDER. Plaintiffs' [86] Urgent Motion to Clarify this Court's October 31, 2020, Order is GRANTED. It is hereby ORDERED that Defendants shall provide Plaintiffs a copy of any notification and/or guidance regarding this Court's [83] Order or [84] Memorandum Opinion that Defendants have sent to employees conducting or supervising credible fear interviews. It is FURTHER ORDERED that a telephonic status conference is set for 11/17/2020 at 3:00 PM before Judge Ketanji Brown Jackson. Access information will be sent to counsel by e-mail. Defendants shall be prepared to address the status of the government's good faith efforts to comply with the Court's Order of October 31, 2020, and its communications with Plaintiffs' counsel concerning the required relief. Signed by Judge Ketanji Brown Jackson on 11/16/2020.

Minute Order of Nov. 16, 2020.

[2] This order reads:

> MINUTE ORDER. The parties appeared before this Court on November 17, 2020, for a telephonic status conference regarding Plaintiffs' 86 Urgent Motion to Clarify this Court's October 31, 2020, Order. In light of the parties' representations during the status conference, it is hereby ORDERED that Defendants shall notify USCIS employees who are conducting or supervising credible fear interviews that the April 2019 and September 2019 versions of the Lesson Plan are both vacated in their entirety, and that these employees may not rely on any part of either the April 2019 version or the September 2019 version of the Lesson Plan in making credible fear determinations, pursuant to this Court's 83 Order and 84 Memorandum Opinion of October 31, 2020. It is FURTHER ORDERED that Defendants shall provide Plaintiffs with a

the hearing transcript (ECF No. 88)); and all orders embodied in, antecedent to, or leading up to

the aforementioned orders, decisions, and opinions.


Dated: December 15, 2020                          Respectfully submitted,


MICHAEL R. SHERWIN                                JEFFREY BOSSERT CLARK
Acting United States Attorney                     Acting Assistant Attorney General


DANIEL F. VAN HORN, D.C. BAR # 924092             WILLIAM C. PEACHEY
Chief, Civil Division                             Director


PAUL CIRINO                                       EREZ REUVENI
Assistant United States Attorney                  Assistant Director
Civil Division
U.S. Attorney's Office                            /s/ *Steven A. Platt*
District of Columbia                              STEVEN A. PLATT
555 4th Street, N.W.                              Senior Litigation Counsel
Washington, D.C. 20530                            District Court Section
Phone: (202) 252-2529                             Civil Division
Email: paul.cirino@usdoj.gov                      Office of Immigration Litigation
                                                  U.S. Department of Justice
                                                  P.O. Box 868, Ben Franklin Station
                                                  Washington, DC 20044
                                                  Phone: (202) 532-4074
                                                  Fax: (202) 305-7000
                                                  Email: steven.a.platt@usdoj.gov

                                                  *Attorneys for Defendants*

---

copy of such notification within 72 hours of this Order. To the extent Defendants also wish to file a motion for a protective order regarding any and all internal agency communications that are provided to Plaintiffs pursuant to this Order and this Court's order of November 16, 2020, Defendants may file such motion, which shall be no more than 15 pages in length, on or before November 25, 2020. Plaintiffs may file a responsive brief of no more than 15 pages on or before December 4, 2020. Signed by Judge Ketanji Brown Jackson on 11/17/2020.
Minute Order of Nov. 17, 2020.