# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5372**    September Term, 2020

1:19-cv-01872-KBJ

Filed On: July 19, 2021 [1906916]

Maria M. Kiakombua, et al.,

    Appellees

    v.

Alejandro N. Mayorkas, in his official capacities as Secretary of Homeland Security, et al.,

    Appellants

**O R D E R**

Upon consideration of appellant's consent motion to voluntarily dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk