# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA M. KIAKOMBUA, *et al.*,<br><br>           Plaintiffs,<br><br> – versus –<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>           Defendants. | Case No. 1:19-CV-1872-KBJ |

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiffs respectfully request an extension of time, until September 24, 2021, to file a bill of costs under Local Rule 54.1 and/or to file a motion for attorneys' fees and costs under 28 U.S.C. § 2412. The parties are currently discussing the possibility of settling fees and costs to avoid unnecessary motion practice but need additional time to pursue those discussions.

Defendants consent to this extension. A proposed order is enclosed.

Dated:  August 10, 2021

Respectfully submitted,

/s/ Justin B. Cox
Justin B. Cox (D.D.C. Bar. No. 1004233)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
PO Box 170208
Atlanta, GA 30317
Telephone: (516) 701-4233
jcox@refugeerights.org

Deepa Alagesan (D.D.C. Bar No. NY0261)
Kathryn Austin (D.D.C. Bar No. NY0331)
Mariko Hirose (D.D.C. Bar No. NY0262)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, New York 10004
Telephone: (516) 701-4620
dalagesan@refugeerights.org
kaustin@refugeerights.org
mhirose@refugeerights.org

Maria Osornio
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES
802 Kentucky Ave.
San Antonio, TX 78201
Telephone: (210) 226-7722
maria.osornio@raicestexas.org

*Attorneys for Plaintiffs*