# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MARIA M. KIAKOMBUA, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 19-1872 (KBJ) |
| | : | | |
| v. | : | Re Document No.: | 99 |
| | : | | |
| ALEJANDRO MAYORKAS, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION

It is hereby **ORDERED** that the above-captioned case is randomly referred to a United States Magistrate Judge for the purpose of mediation.

It is further **ORDERED** that all litigation deadlines in this case are stayed.

It is further **ORDERED** that the parties shall file a Joint Status Report on or before December 20, 2021, advising of the status of the parties' settlement efforts and proposing further proceedings, unless the case is dismissed before then.

The parties are to contact the assigned United States Magistrate Judge jointly to schedule the mediation.  Counsel and parties, including persons with settlement authority, are to participate in the mediation.  If the case settles in whole or in part, counsel shall advise the Court of the settlement promptly by filing a stipulation.  All filings in this case pertaining to this mediation shall include the initials of the assigned United States Magistrate Judge in the caption next to the initials of the undersigned judge.  *See* D.D.C. Civ. R. 5.1(d).

**SO ORDERED**.

Dated:  10/21/2021　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge