IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIA M. KIAKOMBUA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO N. MAYORKAS, Secretary of ) <br> Homeland Security, et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 19-1872 (JMC) (RMM) |

**JOINT STATUS REPORT**

On February 3, 2022, the parties submitted a joint status report (ECF No. 106) on the parties' settlement efforts and proposing further proceedings. The parties[1] submit this joint status report in response to the Court's minute order of the next day, requiring the parties to "file another joint status report by April 19, 2022."

Since the Court issued its minute order, the parties participated in a mediation on April 8, 2022, before U.S. Magistrate Judge Robin M. Meriweather. Minute Order (Apr. 8, 2022). Although the parties did not reach a settlement at that time, they made material progress and would like to have a follow-up session. The parties are currently coordinating with Judge Meriweather's chambers to schedule the next session. The parties understand that due to Judge Meriweather's upcoming criminal calendar duties, the next session might not occur until June 2022.

In light of the upcoming mediation session and the possible need for follow up by the parties after the mediation, the parties agree that all litigation deadlines in the case should remain

---

[1] Specifically, this status report is submitted by Defendants and Plaintiffs Ana, Emma, Julia, and Sofia.  On March 22, 2022, this Court granted Plaintiffs' counsel's unopposed motion to withdraw as counsel for Plaintiff Maria M. Kiakombua.  *See* ECF No. 108.

stayed. The parties respectfully move this Court to order the parties to file a Joint Status Report in 75 days, advising of the status of the parties' settlement efforts and proposing further proceedings, unless the case is dismissed before then.

| | |
|---|---|
| Dated: April 19, 2022 | Respectfully submitted, |
| MATTHEW M. GRAVES<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| BRIAN P. HUDAK<br>Acting Chief, Civil Division | WILLIAM C. PEACHEY<br>Director |
| PAUL CIRINO<br>Assistant United States Attorney<br>Civil Division<br>U.S. Attorney's Office<br>District of Columbia<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2529<br>Email: paul.cirino@usdoj.gov | EREZ REUVENI<br>Assistant Director<br><br>/s/ *Steven A. Platt*<br>STEVEN A. PLATT<br>Senior Litigation Counsel<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 532-4074<br>Email: steven.a.platt@usdoj.gov<br><br>*Attorneys for Defendants* |

/s/ *Deepa Alagesan*
Deepa Alagesan (D.D.C. Bar No. NY0261)
Kathryn Austin (D.D.C. Bar No. NY0331)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, New York 10004
Telephone: (516) 838-7044
dalagesan@refugeerights.org
kaustin@refugeerights.org

Maria Osornio
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES
802 Kentucky Ave.
San Antonio, TX 78201
Telephone: (210) 226-7722
maria.osornio@raicestexas.org

*Attorneys for Plaintiffs Ana, Emma, Julia, and Sofia*