UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA M. KIAKOMBUA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, *et al.*, <br><br> Defendant. | Civil Action No. 19-1872 (JMC) |

**NOTICE OF SUBSTITUTION**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephen DeGenaro and remove the appearance of Assistant United States Attorney Paul Cirino as counsel of record for the Defendants in the above-captioned case.

Dated: August 9, 2022

Respectfully submitted,

*/s/ Stephen DeGenaro*
STEPHEN DEGENARO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov