IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA M. KIAKOMBUA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, Secretary of Homeland Security, et al., <br><br> Defendants. | Civ. No. 19-1872 (JMC) (RMM) |

**JOINT STATUS REPORT**

On July 6, 2022, the parties[1] submitted a joint status report (ECF No. 110) on their settlement efforts and further proceedings. The parties submit this joint status report in response to the Court's July 8, 2022 minute order directing the parties to "file another joint status report by September 6, 2022."

The parties have participated in two mediation sessions before U.S. Magistrate Judge Robin M. Meriweather, on April 8, 2022, and June 29, 2022. The parties are currently engaged in follow up conversations with Judge Meriweather and may schedule additional mediation sessions as appropriate.

In light of the ongoing follow up from the parties' most recent mediation session, the parties agree that all litigation deadlines in the case should remain stayed. The parties respectfully request that the Court direct the parties to file another joint status report in 60 days, advising of the status

---

[1] Specifically, "the parties" refers to Plaintiffs Ana, Emma, Julia, and Sofia and Defendants. On March 22, 2022, this Court granted Plaintiffs' counsel's unopposed motion to withdraw as counsel for Plaintiff Maria M. Kiakombua. *See* ECF No. 108.

of the parties' settlement efforts and proposing further proceedings, unless the case is dismissed before then.

| | |
|---|---|
| Dated: September 6, 2022 | Respectfully submitted, |
| | /s/ *Kathryn Austin* |
| Maria R. Osornio | Deepa Alagesan (D.D.C. Bar No. NY0261) |
| REFUGEE AND IMMIGRANT CENTER FOR | Kathryn Austin (D.D.C. Bar No. NY0331) |
| EDUCATION AND LEGAL SERVICES | Mariko Hirose (D.D.C. Bar No. NY0262) |
| 802 Kentucky Ave. | INTERNATIONAL REFUGEE ASSISTANCE |
| San Antonio, TX 78201 | PROJECT |
| Telephone: (210) 226-7722 | One Battery Park Plaza, 4th Floor |
| maria.osornio@raicestexas.org | New York, New York 10004 |
| | Telephone: (516) 838-7044 |
| | dalagesan@refugeerights.org |
| | kaustin@refugeerights.org |
| | mhirose@refugeerights.org |
| | |
| | *Attorneys for Plaintiffs Ana, Emma, Julia, and Sofia* |
| | |
| MATTHEW M. GRAVES | BRIAN M. BOYNTON |
| United States Attorney | Principal Deputy Assistant Attorney General |
| | |
| BRIAN P. HUDAK | WILLIAM C. PEACHEY |
| Chief, Civil Division | Director |
| | |
| STEPHEN DEGENARO | EREZ REUVENI |
| Assistant United States Attorney | Assistant Director |
| U.S. Attorney's Office | |
| District of Columbia | /s/ *Steven A. Platt* |
| 601 D Street NW | STEVEN A. PLATT |
| Washington, DC 20530 | Senior Litigation Counsel |
| Phone: (202) 252-7229 | District Court Section |
| Email: stephen.degenaro@usdoj.gov | Office of Immigration Litigation |
| | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | Phone: (202) 532-4074 |
| | Email: steven.a.platt@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

2